PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 26, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0139 JAM |
|---|---|
| Plaintiff, | ORDER PERMITTING THE FILING OF A REDACTED INDICTMENT |
| v. | |
| JOSE ALBERTO DIMAS-CAMPOS, | |
| Defendant | |

Good cause having been shown, IT IS HEREBY ORDERED that the indictment is unsealed as to defendant Jose Alberto Dimas-Campos and that the government's Motion to File Redacted Indictment is GRANTED.

Dated: 07/26/22

THE HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION TO FILE REDACTED INDICTMENT

1