UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO DIMAS-CAMPOS,<br><br>Defendant. | Case No.  2:22-cr-00139-JAM<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE ALBERTO DIMAS-CAMPOS , Case No.  2:22-cr-00139-JAM , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

   X   Bail Posted in the Sum of $ 100,000.00. _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

   X   Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 12, 2022 at 2:29 p.m.


JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE