CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE DIMAS-CAMPOS, et al.<br><br>  Defendants. | Case No.: 22-139 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  September 27, 2022<br>TIME:  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for September 27, 2022, at 9:30 a.m., be vacated, and that the matter be continued to this court's criminal calendar on December 13, 2022, at 9:00 a.m. for further status conference. The parties anticipated that voluminous discovery is forthcoming. Defense counsel will require time to review discovery with Mr. Dimas-Campos and perform investigation, as necessary.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, September 26, 2022, through December 13,

09/26/22

2022, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: September 26, 2022      /S/      Robert Abendroth
                                Phillip Talbert
                                by ROBERT ABENDROTH
                                Attorney for Plaintiff

DATED: September 26, 2022      /S/      Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Jose Dimas-Campos

## ORDER

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for September 27, 2022, at 9:30 a.m., be vacated and the matter continued for further status conference on December 13, 2022, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, September 26, 2022, through December 13, 2022, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.


DATED: September 26, 2022      /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

09/26/22