CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE DIMAS-CAMPOS, et al.<br><br>  Defendants. | Case No.: 22-139 JAM<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:  March 7, 2023<br>TIME:   9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for March 7, 2023, at 9:00 a.m., be vacated, and that the matter be continued to this court's criminal calendar on April 25, 2023, at 9:00 a.m. for further status conference. The parties anticipated that voluminous discovery is forthcoming. Defense counsel will require time to review discovery with Mr. Dimas-Campos and perform investigation, as necessary.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, March 1, 2023, through April 25, 2023, and

03/01/23

that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   March 1, 2023          /S/   Robert Abendroth
                                Phillip Talbert
                                by ROBERT ABENDROTH
                                Attorney for Plaintiff

DATED:   March 1, 2023          /S/   Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Jose Dimas-Campos

**ORDER**

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for March 7, 2023, at 9:00 a.m., be vacated and the matter continued for further status conference on **April 25, 2023, at 9:00 a.m**.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, March 1, 2023, through April 25, 2023, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: March 1, 2023            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

03/01/23