CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSE DIMAS-CAMPOS, et al.<br><br>  Defendants. | Case No.: 22-139 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  April 25, 2023<br>TIME:  9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for April 25, 2023, at 9:00 a.m., be vacated, and that the matter be continued to this court's criminal calendar on June 6, 2023, at 9:00 a.m. for further status conference. Defense counsel will require time to review discovery with Mr. Dimas-Campos and perform investigation, as necessary.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, April 18, 2023, through June 6, 2023, and that the ends of justice served in granting the continuance and allowing the defendant further

04/19/23

time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    April 18, 2023         /S/    Robert Abendroth
                                 Phillip Talbert
                                 by ROBERT ABENDROTH
                                 Attorney for Plaintiff

DATED:    April 18, 2023         /S/    Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Jose Dimas-Campos

## ORDER

    IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for April 25, 2023, at 9:00 a.m., be vacated and the matter continued for further status conference on June 6, 2023, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, April 18, 2023, through June 6, 2023, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  April 19, 2023           /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

04/19/23