CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSE DIMAS-CAMPOS,<br><br>   Defendant. | Case No.: 2:22-cr-00139-JAM-2<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:   June 6, 2023<br>TIME:   9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for June 6, 2023, at 9:00 a.m., be vacated, and that the matter be continued to this court's criminal calendar on August 1, 2023, at 9:00 a.m. for further status conference. Defense counsel requires additional time to review discovery, confer with Mr. Dimas-Campos, and perform investigation, as necessary.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, May 31, 2023, through August 1, 2023, and that the ends of justice served in granting the continuance and allowing the defendant

06/01/23

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: May 31, 2023        /S/     Robert Abendroth
                           Phillip Talbert
                           by ROBERT ABENDROTH
                           Attorney for Plaintiff

DATED: May 31, 2023        /S/     Clemente M. Jiménez
                           CLEMENTE M. JIMÉNEZ
                           Attorney for Jose Dimas-Campos

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 6, 2023, at 9:00 a.m., be **VACATED** and the matter **CONTINUED** to **August 1, 2023, at 9:00 a.m**. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, for June 6, 2023, through August 1, 2023, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: June 01, 2023        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE

06/01/23