CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JOSE ALBERTO DIMAS-CAMPOS,<br><br>            Defendant. | Case No.: 2:22-cr-00139-JAM-2<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:   August 1, 2023<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for August 1, 2023, at 9:00 a.m., be vacated, and that the matter be continued to this court's criminal calendar on September 26, 2023, at 9:00 a.m. for further status conference.  Defense counsel requires additional time to review discovery, confer with Mr. Dimas-Campos, and perform investigation, as necessary.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, July 27, 2023, through September 26, 2023, and that the ends of justice served in granting the continuance and allowing the defendant

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      July 27, 2023      /S/    Robert Abendroth
                                        Phillip Talbert
                                        by ROBERT ABENDROTH
                                        Attorney for Plaintiff

DATED:      July 27, 2023      /S/    Clemente M. Jiménez
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for Jose Dimas-Campos


## ORDER

    IT IS SO ORDERED, that the **status conference** in the above-entitled matter, scheduled for August 1, 2023, at 9:00 a.m., be **VACATED** and the matter **CONTINUED** to **September 26, 2023, at 9:00 a.m**.  The Court finds that time under the Speedy Trial Act shall be **EXCLUDED** from the date of the parties' stipulation, July 27, 2023, through September 26, 2023, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.


Dated: July 27, 2023              /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE