CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ALBERTO DIMAS-CAMPOS,<br><br>Defendant. | Case No.: 2:22-cr-00139-JAM-2<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:  November 21, 2023<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for November 21, 2023, at 9:00 a.m., be vacated, and that the matter be continued to this court's criminal calendar on January 23, 2024, at 9:00 a.m. for further status conference.  Defense counsel will require time to review discovery with Mr. Dimas-Campos and perform investigation, as necessary.

　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, November 16, 2023, through January 23, 2024, and that the ends of justice served in granting the continuance and allowing the

11/16/23

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 16, 2023         /S/     Robert Abendroth
                                 Phillip Talbert
                                 by ROBERT ABENDROTH
                                 Attorney for Plaintiff

DATED: November 16, 2023         /S/     Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Jose Dimas-Campos

**ORDER**

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for November 21, 2023, at 9:00 a.m., be **VACATED** and the matter **CONTINUED** for status conference on **January 23, 2024, at 9:00 a.m.** The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, November 16, 2023, through January 23, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: November 16, 2023         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

11/16/23