CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE ALBERTO DIMAS-CAMPOS,<br><br>    Defendant. | Case No.: 2:22-cr-00139-JAM-2<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:   January 23, 2024<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for January 23, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on April 9, 2024, at 9:00 a.m. for further status conference. Defense counsel will require time to review discovery, confer with Mr. Dimas-Campos and perform investigation in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, January 15, 2024, through April 9, 2024, and that the ends of justice served in granting the continuance and allowing the defendant

01/16/24

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:  January 15, 2024        /S/    Robert Abendroth
                                Phillip Talbert
                                by ROBERT ABENDROTH
                                Attorney for Plaintiff

DATED:  January 15, 2024        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Jose Dimas-Campos

## ORDER

IT IS SO ORDERED, that the status of conference in the above-entitled matter, scheduled for January 23, 2024, at 9:00 a.m., be **VACATED** and the matter **CONTINUED** to **April 09, 2024, at 9:00 a.m.**  The Court finds that time under the Speedy Trial Act shall be **EXCLUDED** from the date of the parties' stipulation, January 15, 2024, through April 09, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: January 16, 2024         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

01/16/24