CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ALBERTO DIMAS-CAMPOS,<br><br>Defendants. | Case No.: 2:22-cr-00139-JAM-2<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIM**E<br><br>DATE:   April 9, 2024<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for April 9, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on May 21, 2024, at 9:00 a.m. for further status conference. Defense counsel will require time to review discovery, confer with Mr. Dimas-Campos and perform investigation in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, April 1, 2024, through May 21, 2024, and that the ends of justice served in granting the continuance and allowing the defendant further

time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     April 1, 2024          /S/     Robert Abendroth
                                          Phillip Talbert
                                          by ROBERT ABENDROTH
                                          Attorney for Plaintiff

DATED:     April 1, 2024          /S/     Clemente M. Jiménez
                                          CLEMENTE M. JIMÉNEZ
                                          Attorney for Jose Dimas-Campos

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 9, 2024, at 9:00 a.m., be **CONTINUED** to **May 21, 2024, at 9:00 a.m.** The Court finds that time under the Speedy Trial Act shall be **EXCLUDED** from the date of the parties' stipulation, April 1, 2024, through May 21, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: April 02, 2024              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE