CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ALBERTO DIMAS-CAMPOS,<br><br>Defendant. | Case No.: 2:22-cr-00139-JAM<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:  May 21, 2024<br>TIME:   9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for May 21, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on July 9, 2024, at 9:00 a.m. for further status conference. Defense counsel will require time to review discovery, confer with Mr. Dimas-Campos and perform investigation in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, May 15, 2024, through July 9, 2024, and that the ends of justice served in granting the continuance and allowing the defendant further

05/15/24

time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:  May 15, 2024        /S/    Robert Abendroth
                            Phillip Talbert
                            by ROBERT ABENDROTH
                            Attorney for Plaintiff

DATED:  May 15, 2024        /S/    Clemente M. Jiménez
                            CLEMENTE M. JIMÉNEZ
                            Attorney for Jose Dimas-Campos

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 21, 2024, at 9:00 a.m., be **VACATED** and **CONTINUED** to **July 09, 2024, at 9:00 a.m.** The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, May 15, 2024, through July 09, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: May 15, 2024         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE

05/15/24