CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE DIMAS-CAMPOS,<br><br>　　　　Defendant. | Case No.: 2:22-cr-00139-JAM-2<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE:　October 8, 2024<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robert Abendroth, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Jose Dimas-Campos, that the status conference in this matter, currently scheduled for October 8, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on November 19, 2024, at 9:00 a.m. for further status conference.  The government has proffered a plea agreement. Defense counsel will require time to confer with Mr. Dimas-Campos, review discovery, and perform investigation in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, October 2, 2024, through November 19, 2024,

and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: October 2, 2024          /S/     Robert Abendroth
                                Phillip Talbert
                                by ROBERT ABENDROTH
                                Attorney for Plaintiff

DATED: October 2, 2024          /S/     Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Jose Dimas-Campos

## ORDER

IT IS SO ORDERED, that the status conference hearing in the above-entitled matter, scheduled for October 08, 2024, at 9:00 a.m., be **VACATED** and **RESET** for **November 19, 2024, at 9:00 a.m**.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, October 02, 2024, through November 19, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: October 03, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

10/03/24