MICHELE BECKWITH
Acting United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00139-JAM |
| Plaintiff, | **ORDER DISMISSING INDICTMENT** |
| v. | |
| JOSE ALBERTO DIMAS-CAMPOS, Defendant. | |

**ORDER**

The United States has moved to dismiss the indictment against defendant Jose Alberto Dimas-Campos, filed July 26, 2022. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby **ORDERS** that the indictment against defendant Jose Alberto Dimas-Campos be **DISMISSED without prejudice**.

The May 19, 2025 trial is hereby **VACATED**.

SO ORDERED.

Dated: April 07, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE