CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE ALBERTO DIMAS-CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00139-JAM-2 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXONERATE SECURED BOND** |
| vs. | |
| JOSE ALBERTO DIMAS-CAMPOS, | |
| Defendant. | |

On August 12, 2022, Defendant JOSE ALBERTO DIMAS-CAMPOS made his initial appearance in the Eastern District before the Hon. Jeremy Peterson. The Court ordered Mr. Dimas-Campos released on a $100,000 bond secured by the property at 647 Vine Street, Los Banos, California, 93665, owned by his brother Daniel Dimas-Campos. The secured bond was posted on August 15, 2022, and collateral received by the Court in the form of a Deed of Trust on September 21, 2022.

On April 7, 2025, the Court signed an Order Dismissing Indictment without prejudice and vacated the May 19, 2025, trial date.

WHEREFOR, IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robert Abendroth, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE ALBERTO DIMAS-CAMPOS, that the secured bond in the above-noted case be exonerated.

| | | | |
|---|---|---|---|
| DATED: | April 7, 2025 | /S/ | ROBERT ABENDROTH |
| | | | Michele Beckwith |
| | | | by ROBERT ABENDROTH |
| | | | Attorney for Plaintiff |

| | | | |
|---|---|---|---|
| DATED: | April 7, 2025 | /S/ | Clemente M. Jiménez |
| | | | CLEMENTE M. JIMÉNEZ |
| | | | Attorney for JOSE ALBERTO DIMAS-CAMPOS |

## ORDER

IT IS SO ORDERED, that the secured bond in the above-noted case be **EXONERATED**.

Dated: April 09, 2025    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE